STATE OF NORTH CAROLINA v. FOREST McKINLEY
SATTERFIELD

No. 7315SC580

(Filed 10 October 1973)

APPEAL by defendant from *Copeland, Judge,* 26 March 1973 Session of Superior Court held in ALAMANCE County.

The defendant was charged in a two count bill of indictment, proper in form, with breaking or entering and larceny. To the charges contained in the bill of indictment, the defendant entered a plea of not guilty. From a verdict finding the defendant guilty of felonious breaking or entering and felonious larceny and the imposition of a prison sentence of not less than seven nor more than ten years, defendant appealed.

*Attorney General Robert Morgan and Associate Attorney Emerson D. Wall for the State.*

*Welker Shue for defendant appellant.*

HEDRICK, Judge.

We have carefully reviewed the record and briefs of counsel and find that defendant was afforded a fair trial which was free from any prejudicial error. The bill of indictment, verdict, and judgment were in all respects regular and proper.

No error.

Judges BRITT and MORRIS concur.